# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONYA M. ATKINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 11-cv-133-GKF-TLW |
| CAROLYN W. COLVIN,[1] Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

## OPINION AND ORDER

Plaintiff's Motion for Attorney Fees Under 42 U.S.C. § 406(b) with Supporting Memorandum, (dkt. # 31), has been filed. General Order 13-6, entered October 1, 2013 addresses the lapse in appropriations for the United States government and provides that all matters commenced while there is a lapse in appropriations will be immediately stayed, as follows:

> This Order does not prohibit, in any manner, the ability of parties to file claims or commence actions against the United States. However the cases or matters commenced while there is a lapse in appropriations will be immediately stayed, pending restoration of appropriations.

General Order 13-6; http://www.oknd.uscourts.gov/general-orders-2013.

In accordance with General Order 13-6, this motion is stayed pending restoration of appropriations. The court will enter additional instructions and guidance at that time.

SO ORDERED this 16th day of October, 2013.

_____
T. Lane Wilson
United States Magistrate Judge

---

[1] Effective February 14, 2013, pursuant to Fed. R. Civ. P. 25(d)(1), Carolyn W. Colvin, Acting Commissioner of Social Security, is substituted as the defendant in this action. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).